**Order entered December 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01518-CV

## IN RE TEXAS HEALTH MANAGEMENT, LLC, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00125-2018**

# ORDER
Before Justices Francis, Evans, and Schenck

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     MOLLY FRANCIS
       JUSTICE